**Aprille J. SCHELHAMMER, Appellant,**

v.

**Pearl V. GREGG, Respondent.**

**No. WD 46447.**

Missouri Court of Appeals,
Western District.

Dec. 14, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 1, 1994.

Application to Transfer Denied
March 22, 1994.

---

Appellant pro se.

Sylvester Powell, Jr., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from adverse judgment in suit for personal injuries arising out of an automobile accident.

Judgment affirmed. Rule 84.16(b).